ORDER: MOTION GRANTED.

*/s/ William L. Campbell, Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| AMANDA ENSING, <br><br> Plaintiff, <br><br> v. <br><br> SEPHORA USA, INC., DEBORAH YEH, and DOES 1-1000, inclusive, <br><br> Defendants. | Case No.: 3:21-cv-421 <br><br> Judge Campbell <br> Magistrate Judge Frensley <br><br> JURY DEMAND |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SEPHORA USA, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff, Amanda Ensing, respectfully requests that the Court extend her time to respond to Defendant Sephora USA, Inc.'s ("Sephora") motion to dismiss (Doc. 13) until **July 29, 2021**. Plaintiff's counsel has conferred with Sephora's counsel, and this motion is unopposed.

Good cause justifies the requested extension. Plaintiff's current deadline to respond to the motion to dismiss is July 13, 2021. Sephora filed and served the motion on June 29, 2021, just before Plaintiff's counsel went out of town to celebrate the Fourth of July. Further, Plaintiff's counsel have a trial scheduled in July that that requires a significant amount of their time.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend her deadline to respond to Sephora's motion to dismiss to July 29, 2021.